| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>WESTERN DISTRICT OF OKLAHOMA | FILED<br>May 6, 2014<br>Grant E. Price , Clerk<br>U.S. Bankruptcy Court<br>Western District of Oklahoma |

In Re:

**Vonda Mae Lusk−Dye**

   Debtor(s).

Case No.: **13−12817**
Chapter: **13**

## Order of Substitution

   An Assignment of Claim was filed in this case on 3/31/2014 . The assignor is First Bankers Trust Company, as Successor Trustee to the Jessie Frances Revocable Trust U/A for Claim No. 9 and the assignee is Rudy Phil Brazil, as disbursing agent for Sharon Eguigua−Garcia, Dennis Lusk, Rudy Phil Brazil, Juli Ayers, and Jami Lusk−Drury . The amount of the claim is $6000.00 .

   Notice of the assignment was entered by the Clerk on 3/31/2014 and forwarded to the assignee and assignor.

   No objection to the assignment has been filed as of the date of this order.

   THEREFORE, THE COURT ORDERS that Rudy Phil Brazil, as disbursing agent for Sharon Eguigua−Garcia, Dennis Lusk, Rudy Phil Brazil, Juli Ayers, and Jami Lusk−Drury be substituted in place of First Bankers Trust Company, as Successor Trustee to the Jessie Frances Revocable Trust U/A for Claim No. 9.

Dated:  May 6, 2014

                                                                              **Niles L. Jackson**
                                                                 United States Bankruptcy Court Judge